335 A.2d 352
COMMONWEALTH of Pennsylvania,
Appellee,

v.

Andrew WALLACE, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 11, 1974.

Decided April 17, 1975.

Gilbert E. Toll, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Abraham J. Gafni, Deputy Dist. Atty. for Law, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Judgment affirmed.